No. D–2625. IN RE DISBARMENT OF KLINE. Disbarment entered. [For earlier order herein, see 566 U. S. 917.]

No. D–2626. IN RE DISBARMENT OF FULLER. Disbarment entered. [For earlier order herein, see 566 U. S. 918.]

No. D–2627. IN RE DISBARMENT OF BURKENROAD. Disbarment entered. [For earlier order herein, see 566 U. S. 918.]

No. D–2628. IN RE DISBARMENT OF WELLS. Disbarment entered. [For earlier order herein, see 566 U. S. 918.]

No. D–2629. IN RE DISBARMENT OF DAY. Disbarment entered. [For earlier order herein, see 566 U. S. 918.]

No. D–2630. IN RE DISBARMENT OF MEADE. Disbarment entered. [For earlier order herein, see 566 U. S. 918.]

No. D–2631. IN RE DISBARMENT OF MINOR. Disbarment entered. [For earlier order herein, see 566 U. S. 918.]

No. D–2633. IN RE DISBARMENT OF BAGNELL. Disbarment entered. [For earlier order herein, see 566 U. S. 919.]

No. D–2634. IN RE DISBARMENT OF KLINGSMITH. Disbarment entered. [For earlier order herein, see 566 U. S. 919.]

No. D–2639. IN RE DISBARMENT OF PEEL. Disbarment entered. [For earlier order herein, see 566 U. S. 932.]

No. D–2640. IN RE DISBARMENT OF MARDIROSIAN. Disbarment entered. [For earlier order herein, see 566 U. S. 932.]

No. D–2641. IN RE DISBARMENT OF FROHLING. Disbarment entered. [For earlier order herein, see 566 U. S. 932.]

No. D–2642. IN RE DISBARMENT OF NEEDLE. Disbarment entered. [For earlier order herein, see 566 U. S. 932.]

No. D–2643. IN RE DISBARMENT OF DORNY. Disbarment entered. [For earlier order herein, see 566 U. S. 932.]

No. D–2645. IN RE DISBARMENT OF KATZ. Disbarment entered. [For earlier order herein, see 566 U. S. 933.]

No. D–2646. IN RE DISBARMENT OF GOLD. Disbarment entered. [For earlier order herein, see 566 U. S. 933.]